IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICKY N. ALEXANDER,

    Plaintiff,　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　　Case No. 14-cv-849-jdp

DODGE CORRECTIONAL INSTITUTION,
LIEUTENANT R. RASMUSSEN,
LIEUTENANT D. STRELOW and
DCI COMPLAINT EXAMINER,

    Defendants.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Ricky N. Alexander leave to proceed on his Fifth and Fourteenth Amendment claims against defendants for violations of his right to due process and dismissing this case in its entirety for failure to state a claim upon which relief can be granted.

    /s/　　　　　　　　　　　　　　　　　　　　6/2/2015

---

    Peter Oppeneer, Clerk of Court　　　　　　　　　　　　　Date