IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICKY N. ALEXANDER,

                        Plaintiff,

v.

DODGE CORRECTIONAL INSTITUTION,
LIEUTENANT R. RASMUSSEN,
LIEUTENANT D. STRELOW, and
DCI COMPLAINT EXAMINER,

                        Defendants.

ORDER

14-cv-849-jdp

---

      Pro se prisoner Ricky Alexander has filed a motion for assistance recruiting counsel. But this case is closed, and so plaintiff's filing appears to be a request to reopen this case. I screened plaintiff's complaint and concluded that it failed to state a claim upon which relief could be granted. Dkt. 10. I denied plaintiff's motion to amend his complaint, Dkt. 17, as well as his motion for reconsideration, Dkt. 21. Plaintiff has not identified new grounds for revisiting these decisions. Thus, I will deny his motion for assistance recruiting counsel.

      Plaintiff's submissions also refer to needing "representation to appeal and object to the judge['s] December 22, 2015 decision." Dkt. 22, at 2. But plaintiff has not filed a notice of appeal, which would be the first step in seeking review of my decision. If plaintiff were to file a notice of appeal, he should direct requests for appointment of appellate counsel to the court of appeals.

      IT IS ORDERED that plaintiff Ricky Alexander's motion for assistance in recruiting counsel, Dkt. 22 and Dkt. 23, is DENIED.

      Entered January 19, 2016.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          JAMES D. PETERSON
                                          District Judge