IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY N. ALEXANDER,

                                                               JUDGMENT IN A CIVIL CASE

       Plaintiff,

                                                 14-cv-849-jdp

v.

DODGE CORRECTIONAL INSTITUTION,
LIEUTENANT R. RASMUSSEN,
LIEUTENANT D. STRELOW, and
WARDEN JAMES R. SCHWOCHERT

       Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Ricky N. Alexander leave to proceed and dismissing his claims against Dodge Correctional Institution; and

(2) granting summary judgment in favor of Lieutenant R. Rasmussen, Lieutenant D. Strelow, and Warden James R. Schwochert and dismissing this case for plaintiff's failure to exhaust available administrative remedies.

/s/                                                     3/13/2017

Peter Oppeneer, Clerk of Court                     Date