Mr. Ricky N. Alexander #570855          9/8/17
WSPF
P.O. Box 9900                    Case # 14-CV-849-JDP
Boscobel WI 53805

Office of the Clerk
United States District Court
Western District of Wisconsin
120 N. Henry St. Room 320
Madison, WI 53203

   Dear Clerk of the District Court,
                    I Ricky Alexander
Case # 14-CV-849-JDP respectfully ask the court for
permission to appeal honorable James D. Peterson
order denying the petitioners claim.

Ricky Alexander

DOC NO
REC'D/FILED
2017 SEP 13 AM 11:05
PETER OPPENEER
CLERK US DIST COURT
W.D. OF WI