UNITED STATES COURT OF APPEALS

DOC NO
RECEIVED
2017 OCT -5 AM 9:42
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

U.S.C.A. - 7th Circuit
RECEIVED
OCT 2 - 2017
GINO J. AGNELLO
CLERK

Ricky N. Alexander
    Plaintiff

Vs.    Case # 14-CV-849-JDP

Dodge Correctional Institution (DCI)    Appeal # 17-2897
Lieutenant R. Rasmussen
Lieutenant D. Strelow
Warden James R. Schwochert

## NOTICE OF INTENT TO APPEAL

I Ricky N. Alexander respectfully filing a notice of appeal in the United States court of appeals challenging the ruling of honorable James D. Peterson denying the petitioner's claim of racial discrimination. The defendants are Lieutenant D. Strelow, Lieutenant R. Rasmussen and warden James R. Schowchert, represented by Wisconsin's assistant attorney general Katherine D. Spitz.

The petitioner has stated from the start the civil proceedings will be unfair because the defendant's is represented by a trained professional while the petitioner are untrained in the science of law. The petitioner has repeatedly requested the assistance of a trained lawyer to make the civil proceeding fair.

Ricky N. Alexander # 570855
WSPF
P.O. Box 9900
Boscobel, WI    53805

*Ricky Alexander* (signature)