IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY N. ALEXANDER,

    Plaintiff,

v.

R. RASMUSSEN,

    Defendants.

ORDER

14cv-849-jdp
App. Nos. 17-2891, 17-3056

Plaintiff Ricky N. Alexander has filed two notices of appeal from the court's final order. Although plaintiff has filed a motion for leave to proceed without payment of the appellate filing fee, plaintiff neglected to include a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Ricky N. Alexander may have until October 27, 2017 to submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of these appeals.

Entered this 6th day of October, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge